UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

DAVID SYLVESTER SAMSON,     *     CASE NO. 2:07-cv-397-ID

    Plaintiff,     *

v.     *

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;     *
EMILIO GONZALEZ, Acting Director U.S.
Citizenship and Immigration Services;     *
DENIS RIORDAN, Atlanta District Director,
U.S. Citizenship and Immigration Services;     *
ROBERT S. MUELLER, III, Director of
Federal Bureau of Investigation,     *

    *

    Defendants.
    *

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to this Honorable Court's Local Rule 83.1(a)(1)(B), John R. Parker, an active member in good standing of the bar of Alabama, hereby applies for admission to practice in the United States District Court, Middle District of Alabama, on a *pro hac vice* basis representing Plaintiff, David Sylvester Samson, in the above-entitled action.

In support of this application, I certify on oath that:

1.     My residence address is 353 McDonald Avenue, Mobile, Alabama, and my office address is 820 South University Boulevard, Suite 2-F, Mobile, Alabama

36609.

2. I have been admitted to practice, and am an active member in good standing, in the United States District Court, Southern District.

3. I am not currently suspended or disbarred in any court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-4-07

JOHN R. PARKER

JOHN R. PARKER (PARKJ0923)
820 S. University Boulevard, Suite 2-F
Mobile, Alabama 36609
Telephone: (251) 341-1020
Facsimile: (251) 341-1235

UNITED STATES OF AMERICA } ss.
SOUTHERN DISTRICT OF ALABAMA



# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## John R. Parker

was duly admitted to practice in said Court on November 3, 1995, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on May 2, 2007

Charles R. Diard, Jr.
Clerk of Court

By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DAVID SYLVESTER SAMSON, | * | CASE NO. 2:07-CV-397-ID |
| Plaintiff, | * | |
| v. | * | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; | * | |
| EMILIO GONZALEZ, Acting Director U.S. Citizenship and Immigration Services; | * | |
| DENIS RIORDAN, Atlanta District Director, U.S. Citizenship and Immigration Services; | * | |
| ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John R. Parker, an active member in good standing of the bar of Alabama, having applied in the above-entitled action for admission to practice in the United States District Court, Middle District, on a *pro hac vice* basis, representing Plaintiff, David Sylvester Samson,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Local Rule 83.1(a)(1)(B). All papers filed by the attorney shall indicate appearance *pro hac vice*.

Date: _____

_____
UNITED STATES DISTRICT JUDGE