IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID SYLVESTER SAMSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:07cv397-ID |
| v. ) | |
| ) | |
| **MICHEAL CHERTOFF, Secretary of** ) | |
| **the Dep't of Homeland Security, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon CONSIDERATION of the motion for admission of attorney *pro hac vice*, filed by John R. Parker, Esquire, on May 7, 2007 (Doc. No. 2), it is ORDERED that said motion be and the same is hereby GRANTED and that Mr. Parker is hereby ADMITTED *pro hac vice* as counsel on behalf of Plaintiff.

DONE this 11th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE