| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): N. Yarn    C. Date of Delivery: 5/11/07 |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>Leura Canary<br>P.O. Box 197<br>Montgomery, AL 36101 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>07cv397 S&C<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| Article Number (Transfer from service label) | 7006 0810 0002 8549 3247 |

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540