| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _James Adams_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAY 29 2007 |
| 1. Article Addressed to:<br>Michael Chertoff<br>Secretary<br>Dept. of Homeland Security<br>U.S. Dept. of Homeland Security<br>Washington, D.C. 20528 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv397<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7006 0810 0002 8549 3155 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540