| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): DHS   C. Date of Delivery: 5-31-07 |
| 1. Article Addressed to:<br>Emilio Gonzalez<br>Acting Director<br>U.S. Citizenship + Immigration Svcs<br>U.S. Dept. of Homeland Security<br>Washington, DC 20528 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>07cv397 S&C<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 8549 3179 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540