**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

```
July 10, 2007
```

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Samson v. Chertoff et al

Case Number:   2:07cv00397-ID

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 11   filed on   July 10, 2007.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SYLVESTER SAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:**2:07-CV-397-ID** |
| | ) |
| MICHAEL CHERTOFF, et al, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

Come now the Federal Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 60-day extension of time, to and including September 10, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that substantial steps necessary for the resolution of the plaintiff's claim have been completed. It is the parties' anticipation that upon completion of all necessary steps the petitioner will be provided the relief sought in the complaint thus rendering the complaint subject to dismissal on the grounds of mootness.

Defendant has contacted counsel for Plaintiff and he has no objections to this request.

Respectfully submitted this the 10th day of July, 2007.

                                          LEURA G. CANARY
                                          United States Attorney

                          By: s/R. Randolph Neeley
                             R. RANDOLPH NEELEY
                             Assistant United States Attorney
                             Bar Number: 9083-E56R
                             Post Office Box 197
                             Montgomery, AL 36101-0197
                             Telephone No.: (334) 223-7280
                             Facsimile No.: (334) 223-7418
                             E-mail rand.neeley@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's Attorney, John R. Parker, Esquire.

                             s/R. Randolph Neeley
                             Assistant United States Attorney