## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID SYLVESTER SAMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 2:07cv397-ID** |
| **v.** | ) | |
| | ) | |
| **MICHEAL CHERTOFF, Secretary of** | ) | |
| **the Dep't of Homeland Security, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon CONSIDERATION of the unopposed motion for extension of time, filed by the Federal Defendant (Doc. No. 11), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED to and including September 10, 2007.

DONE this 11th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE