IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SYLVESTER SAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-CV-397-ID |
| ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of ) | |
| the Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of the United States' Motion to Dismiss filed on September 5, 2007 (Doc. No. 14), it is ORDERED that Plaintiff show cause, if any there be, on or before September 14, 2007, why said motion should not be granted.

Done this 5th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE